APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO SEC. 2254, TITLE 28, USC

CIVIL ACTION NUMBER

RECEIVED 2008 JAN 14 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

WOODBURCK NOE
FULL NAME OF AFFIANT/APPLICANT

HAMILTON A & I CENTER / ALABAMA DEPT. OF CORRECTIONS
PLACE OF CONFINEMENT

2:08-CV-31-WKW

VS.

ALABAMA BOARD OF PARDONS, AND PAROLES
NAME OF WARDEN, AUTHORIZED PERSON, OFFICIAL HAVING CUSTODY, OR CAUSING SUCH WITH APPREHENSION OF AFFIANT/APPLICANT

REQUEST FOR WRIT OF HABEAS CORPUS BY A PERSON IN CUSTODY

REQUEST

NAME, AND LOCATION OF COURT, OR ENTITY WHICH ENTERED THE JUDGMENT OF CUSTODY, OR APPREHENSION UNDER ATTACK: ALABAMA BOARD OF PARDONS, AND PAROLES, P.O. BOX 302405, 301 S. RIPLEY ST., MONTGOMERY, AL. 36130-2405

DATE OF JUDGMENT OF REVOCATION, OR APPREHENSION: AUGUST 16, 2004

LENGTH OF APPOINTED/SCHEDULED REVIEW DATE: FROM AUGUST 16, 2004 TO AUGUST, 2005; TO MARCH 13, 2006; AND LATER (MARCH, 2016)

NATURE OF OFFENSES, OR VIOLATION: CONDITION NO. 7 (I SHALL NOT VIOLATE ANY LAW)

PLEA: NOT GUILTY

KIND OF TRIAL: PAROLE COURT HEARING; WITH PAROLE OFFICER

I DID TESTIFY AT THE HEARING

I APPEALED FROM JUDGMENT OF REVOCATION

COURT APPEALED TO: MONTGOMERY COUNTY CIRCUIT COURT
RESULT: DISREGARD / LACK OF RESPONSE

DATE OF RESULT: 2004-2005

OTHER APPEAL, REVIEW, OR MOTIONS ATTEMPTED:
   COURT: ALABAMA COURT OF CRIMINAL APPEALS
   NATURE OF PROCEEDING: APPEAL
   GROUND RAISED: LACK OF DUE PROCESS BY UNFAIR TREATMENT

OTHER APPEAL, REVIEW, OR MOTION ATTEMPTED:
   COURT: ALABAMA SUPREME COURT
   NATURE OF PROCEEDING: APPEAL

2

GROUND RAISED: LACK OF DUE PROCESS BY UNFAIR TREATMENT

OTHER APPEAL, REVIEW, OR MOTION ATTEMPTED:

    COURT: UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

    NATURE OF PROCEEDING: APPEAL / HABEAS CORPUS

    GROUND RAISED: DENIAL OF DUE PROCESS FOR A VIOLATION I DID NOT COMMIT

NO EVIDENTIARY HEARINGS WERE HELD IN ANY COURT

RESULTS: ALABAMA COURT OF CRIMINAL APPEALS; MAY 24, 2006 - REFUSAL TO REVIEW; ALABAMA SUPREME COURT; JUNE 12, 2006 - STRIKING OF REQUEST FOR WRIT OF CERTIORARI; UNITED STATES DISTRICT COURT; DISMISSAL - AUGUST 29, 2006

APPEAL WAS MADE TO THE STATE'S HIGHEST COURT HAVING JURISDICTION AS TO THE CASE, AND PROCEEDING

GROUND OF UNLAWFUL REVOCATION, AND APPREHENSION

    DENIAL OF DUE PROCESS FOR A VIOLATION I DID NOT COMMIT

SUPPORTING FACTS:

    I WAS DENIED DUE PROCESS BY BEING REVOKED FROM PAROLE WITHOUT BEING GRANTED REINSTATEMENT FOR VIOLATION OF A RULE WHICH REQUIRES I NOT VIOLATE ANY LAW WHEN I WAS NOT CONVICTED AT THE PERIOD OF THE REVOCATION AS TO THE

3

CHARGE.

THE GROUND WAS PRESENTED IN EACH COURT I ATTEMPTED TO GAIN RELIEF FROM.

I HAVE NO APPEAL, OR DOCUMENT PENDING IN COURT, STATE, OR FEDERAL AS TO THE JUDGMENT UNDER ATTACK, EXCEPT FOR A DOCUMENT WITH REQUESTS TO APPEAL THE JUDGMENT SENT TO THE MONTGOMERY COUNTY CIRCUIT COURT WHICH I HAVE NOT HEARD FROM SINCE 2004-2005 BEING THEY TEND TO IGNORE, AND DISREGARD MY LEGAL REQUESTS, OR DOCUMENTS.

NO ATTORNEY REPRESENTED ME AT ANY STAGE OF THE JUDGMENT ATTACKED.

I WAS REVOKED ON ONE COUNT, OR VIOLATION IN THE PAROLE COURT, AND AT THE SAME TIME.

I HAVE NO FUTURE, OR LATER SENTENCE, BUT HAVE BEEN SCHEDULED FOR A PAROLE REVIEW MARCH 2016 AS A RESULT OF THE REVOCATION; THE ALABAMA BOARD OF PARDONS, AND PAROLES VACATED THEIR ORDER OF REVOCATION AUGUST 9, 2006 REMANDING IT FOR A NEW PAROLE COURT HEARING. HOWEVER, NO HEARING HAS BEEN HELD.

WHEREFORE, FOR THE REASONS SUBMITTED, THE APPLICANT REQUESTS THAT THE COURT GRANT THE APPLICANT RELIEF WHICH HE IS ENTITLED TO IN THIS SITUATION, AND PROCEEDING.

DATE: 12.20.07

_____
SIGNATURE OF AFFIANT/APPLICANT

I DECLARE UNDER PENALTY OF PERJURY, AND LAW THAT THE FOREGOING AND INCLUDED IS TRUE, AND CORRECT.

BURCK NOE
AIS 148475
07-SB
HAMILTON A&I CENTER
223 SASSER DR
HAMILTON AL 35570-6652



"This correspondence is forwarded
an Alabama State Prison   The conten
ot been evaluated, and the Alabama
tment of Corrections is not responsibl
e substance or content of the enclosed
communication"



UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711