IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,
    AFFIANT/APPLICANT,

V.

ALABAMA BOARD OF PARDONS, AND PAROLES,
    RESPONDENT.

CASE NO. 2:08-CV-31-WKW

MOTION FOR APPOINTMENT OF COUNSEL, AND INDIGENCY TREATMENT WITH AFFIDAVIT

COMES THE AFFIANT/APPLICANT IN THE ABOVE-STYLED CAUSE, AND MOVES THIS COURT TO GRANT THIS MOTION FOR APPOINTMENT OF COUNSEL, AND INDIGENCY TREATMENT PURSUANT TO UNITED STATES CONSTITUTION AMENDMENT ONE BASED ON THE FOLLOWING INFORMATION AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY, WITH LAW:

    I AM UNEMPLOYED, AND HAVE NO MONEY, OR MEANS TO PAY FOR A LAWYER, OR COURT COSTS;

    I HAVE LIMITED EXPERIENCE WITH KNOWLEDGE REGARDING LAW, OR JUDICIAL PROCEDURE;

    I HAVE ONLY $160.19 ON MY PRISON ACCOUNT; WITH NO ASSETS, VALUABLES, OR PROPERTY;

    I WAS LAST EMPLOYED MAY, 2004 (WHEN I WAS ~~CUT~~ OUT BY PAROLE BY THE WAY);

    I RECEIVED $200 FROM MY BROTHER JANUARY 2, 2008;

I DON'T EXPECT ANY MORE MONEY IN THE FUTURE AS I DID NOT EXPECT THE FUNDS I HAD;

I HAVE UNAVAILABLE, OR LIMITED MEANS TO DO LEGAL WORK WHICH IS WHY THE INCLUDED DOCUMENTS ARE PRESENTED IN THE MANNER WITH FORM TO THE COURT SUCH AS THIS TYPE PAPER BECAUSE OF TACTICS BY PRISON OFFICIALS TO PREVENT INMATES FROM PERFORMING LEGAL WORK;

AN ATTORNEY WOULD BEST REPRESENT ME, AND THE CRUCIAL ISSUE INVOLVED;

I AM 41 YEARS OLD;

MY S.S.N.: 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;

MY D.O.B.: 5-2-66.

THEREFORE, FOR THE REASONS PRESENTED IT IS EARNESTLY REQUESTED THAT JUDGMENT BE ENTERED FOR THE MATTER.

DATE: 1.3.08

RESPECTFULLY SUBMITTED,

*Woodrock Noe*

WOODROCK NOE
A.I.S.: 148475
D7-SB
HAMILTON A&I CENTER
223 SASSER DR.
HAMILTON, AL. 35570-6652

2

BURCK NOE
15 148475
7-SB
HAMILTON A&I CENTER
223 SASSER DR
HAMILTON AL 35570-6652



"This correspondence is forwarded
an Alabama State Prison   The conter
ot been evaluated, and the Alabama
tment of Corrections is not responsibl
e substance or content of the enclosed
communication"

LEGAL MAIL

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY, AL 36101-0711