IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-31-WKW |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Woodburck Noe ["Noe"], a state inmate, filed a petition under 28 U.S.C. § 2254 challenging the revocation of his parole. While Noe has requested leave to proceed *in forma pauperis* in this action, he has not submitted the request on the appropriate court form nor has he submitted the necessary documentation from the prison account clerk in support of his request for leave to file *in forma pauperis*. In light of the foregoing, it is

ORDERED that on or before January 29, 2008 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Hamilton Aged and Infirmed Facility showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee.

To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done, this 15th day of January 2008.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE