IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WOODBURCK NOE, #148475, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-31-WKW |
| | ) | |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Appointment of Counsel, and for good

cause,  it is

ORDERED that the motion (Court Doc. No. 3), be and is hereby DENIED.

Done, this 15th day of January 2008.

   /s/  Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE