AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Woodburck Noe
Plaintiff

V.

AL Board of Pardons + Paroles et al
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:08 CV 31

I, __WOODBURCK NOE__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __HAMILTON A&I CENTER__

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __5-04; $75; BOB DOYLE, HOOVER, AL.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☑ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

*Rocelyn Koe (Brother); $200; I expect no more money*

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *N/A*

I declare under penalty of perjury that the above information is true and correct.

_1.17.08_                    _[signature]_
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

January 17, 2008

To the court:

Please note I am sending the indigency form absent the certificate of transactions done on my account the last six months due to prison officials tactics, and routines preventing me from accomplishing legal work. I tried to perform such January 17, 2008 through officials but could not.

However, I have .15¢ on my prison account.

Please process the case being crucial issues are involved including the system which is so deplorable where this type of paper was issued for legal work, and has overcrowding as a crisis with hazards.

I Declare Under Penalty Of Perjury, And Law The Included Is True.

Respectfully submitted,

Woodbuck

Woodbuck Noel / Case No: 2:08-CV-31-WKW

WOODBURCK NOE
AIS 148475
C3-2B
HAMILTON A&I CENTER
223 SASSER DR
HAMILTON AL 35570-6652



BIRMINGHAM AL 350
28 JAN 2008 PM 5 L

This correspondence
from an Alabama State Prison
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication

**LEGAL MAIL**

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711