IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WOODBURCK NOE, #148475, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-31-WKW |
| | ) | |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner on January 29, 2008 (Court Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 30th day of January, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE