IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-31-WKW |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Woodburck Noe ["Noe"], a state inmate confined at the Hamilton Aged and Infirmed Facility, initiated this cause of action pursuant to 28 U.S.C. § 2254. In this petition, Noe challenges the constitutionality of his confinement based on the failure of the Alabama Board of Pardons and Paroles to provide him a revocation hearing after the Board vacated a 2004 decision of revocation. In light of the foregoing, the court concludes that the instant petition is more appropriately construed as a petition for habeas corpus relief filed pursuant to the provisions of 28 U.S.C. § 2241. Accordingly, it is hereby

ORDERED that this case be construed as a 28 U.S.C. § 2241 petition for habeas corpus relief. The Clerk is therefore DIRECTED to enter the action as one filed under 28 U.S.C. § 2241 and assign such action to the appropriate staff attorney.

Done this 30th day of January, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE