| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Carnell Sorry* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2/1/08 |
| 1. Article Addressed to:<br><br>General Counsel<br>Alabama Department of Pardons & Paroles<br>301 South Ripley Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:08CV31<br>P + O<br><br>ervice Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service | 7007 2680 0003 1841 6018 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540