IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
                              )
                              )
WOODBURCK NOE, AIS# 148475,   )
        Petitioner,           )
                              )
        Vs.                   )    Case # 2:08-CV-31-WKW
                              )
Alabama Board of Pardons      )
And Paroles, et al.,          )
        Respondents.          )
                              )
                              )
```

## MOTION FOR AN EXTENSION OF TIME

Come now the Respondents, Alabama Board of Pardons and Paroles, moving the Court for an extension of time to file their Answer. The Defendants submits the following in support thereof:


1. The request for an extension is made in good faith and within the time limits for filing the Answer.

2. A short extension will not prejudice the Petitioner.

3. A short extension will not impact the course of the judicial proceedings.

4. This request is made in good faith and is not intended to frustrate the Petitioner, the Court, or the judicial process.

5. The Defendants move for a 30-day extension making the **Answer due on March 20, 2008.**

Consideration in this matter is appreciated.


Respectfully submitted,

TROY KING.
ATTORNEY GENERAL
KIN047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system with will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following:

**WOODBURCK NOE**
**AIS# 148475**
**HAMILTON A&I CENTER**
**223 SASSER DRIVE**
**HAMILTON, ALABAMA 35570-6552**

Done this 20th day of February, 2008.

Respectfully submitted,

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar # ASB-4358-D63F
Alabama Board of Pardons and
Paroles
Post Office Box 302405
301 S. Union Street
Montgomery, Alabama 36130
(334) 242-8700
(334) 353-4423
Hugh.Davis@paroles.alabama.gov