```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

|  |  |  |
|---|---|---|
| WOODBURCK NOE, AIS# 148475,<br>Petitioner, | )<br>)<br>)<br>) |  |
| Vs. | ) | Case # 2:08-CV-31-WKW |
| Alabama Board of Pardons<br>And Paroles, et al.,<br>Respondents. | )<br>)<br>)<br>)<br>)<br>) |  |

## MOTION FOR AN EXTENSION OF TIME

Come now the Respondents, Attorney General Troy King, moving the Court for an extension of time to file their Answer. The Defendants submits the following in support thereof:

1. The request for an extension is made in good faith and within the time limits for filing the Answer.

2. A short extension will not prejudice the Petitioner.

3. A short extension will not impact the course of the judicial proceedings.

4. This request is made in good faith and is not intended to frustrate the Petitioner, the Court, or the judicial process.

5. The Defendants move for a 30-day extension making the **Answer due on March 20, 2008.**

Consideration in this matter is appreciated.

>Respectfully submitted,
>
>TROY KING.
>ATTORNEY GENERAL
>KIN047
>
>GREGORY O. GRIFFIN, SR.
>CHIEF COUNSEL
>GRI026
>
>s/HUGH DAVIS
>DEPUTY ATTORNEY GENERAL
>State Bar#:  ASB-4358-D63F
>Ala. Bd. Pardons and Paroles
>301 South Ripley Street
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Hugh.davis@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system with will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following:

**WOODBURCK NOE**
**AIS# 148475**
**HAMILTON A&I CENTER**
**223 SASSER DRIVE**
**HAMILTON, ALABAMA 35570-6552**

Done this 20th day of February, 2008.

Respectfully submitted,

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar # ASB-4358-D63F
Alabama Board of Pardons and Paroles
Post Office Box 302405
301 S. Union Street
Montgomery, Alabama 36130
(334) 242-8700
(334) 353-4423
Hugh.Davis@paroles.alabama.gov