IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:08cv31-WKW |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Respondents (Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Respondents be GRANTED an extension from February 20, 2008, to and including March 20, 2008, to file a response to Petitioner's habeas petition in compliance with this court's order entered on January 31, 2008.

Done this 20th day of February, 2008.

                                               /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE