IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:08cv31-WKW |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| and PAROLES, *et al*., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

On February 20, 2008, the respondents filed a motion for an extension of time.  (Doc. # 14).  On the same date, the court granted a prior motion for an extension of time.  *See* Doc. # 15.  Accordingly, it is

ORDERED that the motion for an extension of time (doc. # 14) be and is hereby DENIED as moot.

Done this 20th day of March, 2008.

 /s/Charles S. Coody
 CHARLES S. COODY
 CHIEF UNITED STATES MAGISTRATE JUDGE