IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:08cv31-WKW |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon the court's review of the file in this case, it is

ORDERED that on or before April 2, 2008, Respondents shall **(a)** show cause why they have failed to file a response to Petitioner's habeas petition in compliance with this court's orders, and **(b)** file with this court a response to Petitioner's habeas petition and provide Petitioner with a copy of that response.

Done this 25th day of March, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE