April 9, 2008

2:08-CV-31-WKW

TO COURT CLERK:

FOR YOUR INFORMATION REGARDING RECORDS, AND PENDING A CASE I HAVE BEEN TRANSFERRED FROM HAMILTON A&I CENTER, 223 SASSER DR., HAMILTON, AL. 35570-6652 TO BULLOCK COUNTY CORRECTIONAL FACILITY, HWY. 82 WEST, DORM HS-2B, P.O. BOX 5107, UNION SPRINGS, AL. 36089-5107. THANK YOU FOR YOUR ASSISTANCE.

SINCERELY,

Woodburck Noe
WOODBURCK NOE
A.I.S.: 148475

CERTIFICATE OF SERVICE

I CERTIFY I HAVE SERVED A COPY OF THE FOREGOING TO HON. HUGH DAVIS, DEP. ATTORNEY GENERAL, ALABAMA STATE HOUSE, 11 S. UNION ST., MONTGOMERY, AL. 36130.

Woodburck
WOODBURCK NOE
AFFIANT