IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

WOODBURCK NOE,                        *
          APPLICANT,                  *
V.                                    *   CASE NO. 2:08CV31-WKW
ALABAMA BOARD OF PARDONS              *
AND PAROLES, ET AL.,                  *
          RESPONDENTS.                *

## REPLY TO RESPONDENT'S ANSWER

COMES THE APPLICANT, AND SUBMITS THIS REPLY TO THE RESPONDENT'S ANSWER TO THE ABOVE-STYLED CAUSE BASED ON THE INCLUDED INFORMATION AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY; PURSUANT TO UNITED STATES CONSTITUTION AMENDMENT ONE:

THE RESPONDENTS ANSWER SHOULD NOT BE ACCEPTED AS MERITORIOUS. THEY PROVIDE NO VALID REASON FOR THEIR ACTION WHICH HAS CAUSED, AND PERPETUATED VIOLATIONS OF MY FIRST, FIFTH, AND FOURTEENTH AMENDMENT RIGHTS.

IN THE CASE NO. 2:06-CV-580-WKW FILED IN THIS COURT JUNE 25, 2006 THE RESPONDENTS CLAIMED THEY VACATED THEIR REVOCATION. HOWEVER, TO THIS DATE THEY HAVE NOT HELD A HEARING AS THEY STATED ON, OR ABOUT AUGUST 9, 2006. THEIR ACTIONS DEMONSTRATE THEY ARE NOT CONCERNED IN PROVIDING ME DUE PROCESS GUARANTEED UNDER MY FIFTH AMENDMENT

PROVISIONS. AS STATED IN MY FILED BRIEF, AND AFFIDAVIT I WAS REVOKED ON PAROLE AFTER BEING CHARGED FOR AN OFFENSE ABSENT A CONVICTION RESULTING MY LOSS OF A LIBERTY INTEREST BY VIOLATION EVEN WHEN PAROLE OFFICER JAMES LANGER TOLD ME HE WAS LEANING TOWARDS RECOMMENDING REINSTATEMENT.

CONTRARY TO THE RESPONDENTS' ANSWER, I HAVE BEEN UNDULY PREJUDICED BY THE UNNECESSARY DELAY BEING I WAS JEOPARDIZED CONCERNING ERADICATION OF THE LIBERTY INTEREST. I HAVE ERRONEOUSLY, AND UNLAWFULLY BEEN MISLED TO BELIEVE I HAD A CHANCE OF FREEDOM. ADDITIONALLY, THE RESPONDENTS DISPLAY NEGLIGENCE BY STATING A DELAY IN COMPLETING THE REVOCATION WILL NOT EXTEND, OR INCREASE THE PUNISHMENT FOR "THIS" CRIME; BUT I AM CONFINED BY THE RESPONDENTS' DECISION, AND WERE I NOT I WOULD HAVE BEEN ALLOWED TO REMAIN IN SOCIETY, BESIDES, AS STATED EARLIER, I WOULD HAVE BEEN ENGAGED IN MEANINGFUL ACTIVITIES SUCH AS CLEARING MY RECORD TO EXONERATE ME OF THE FALSE CHARGE.

THE RESPONDENTS PROPERLY ADMIT THOUGH UNREASONABLE DELAY CAN EVENTUALLY WORK TO MY PREJUDICE, AND COULD RESULT IN A FUTURE VIOLATION. IN CONTRAST, THEY FALSELY CLAIM MY INCARCERATION DOES NOT OFFEND THE CONSTITUTION, OR LAWS OF THE UNITED STATES.

AN ADEQUATE REVIEW WOULD REVEAL THAT DUE PROCESS IS WARRANTED, AND NECESSITATED BY THIS COURT ENTERING JUDGMENT FOR ME TO OBTAIN RELIEF TO ENSURE PRESERVATION OF MY FIRST, FIFTH, AND FOURTEENTH

2

AMENDMENT RIGHTS WHILE REMAINING CONSISTENT WITH IMPLICATIONS, AND REQUIREMENTS OF ITS PRINCIPLES WITH SUCH OF <u>MORRISEY</u>.

THEREFORE, FOR THE REASONS EXPRESSED HEREIN IT IS URGED THAT AN ORDER BE RULED IN MY FAVOR BY A DISCHARGE WITH RELEASE FROM CUSTODY.

DATE: 4.9.08

RESPECTFULLY SUBMITTED

Woodburck N

WOODBURCK NOE
A.I.S.: 148425
HS-2B
BULLOCK COUNTY CORRECTIONAL FACILITY
P.O. BOX 5107
UNION SPRINGS, AL. 36089-5107

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I SERVED A COPY OF THE FOLLOWING TO HON. HUGH DAVIS, DEP. ATTORNEY GENERAL, ALABAMA BOARD OF PARDONS, AND PAROLES, P.O. BOX 302405, 301 S. UNION ST., MONTGOMERY, AL. 36130 PLACING SUCH POSTAGE PAID IN U.S. MAIL ON, OR ABOUT APRIL 13, 2008.

Woodburck N/
WOODBURCK NOE / APPLICANT

3

WOODBLACK NOE
AIS 148425
HS-2B
BULLOCK COUNTY CORRECTIONAL FACILITY
PO BOX 5107
UNION SPRINGS AL 36089-5107



UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
ONE CHURCH ST
PO BOX 711
MONTGOMERY AL 36101-0711